UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Chapter: 13
 Case No.: 12-40537
    Kenneth Brush**,** Judge: Thomas Tucker
    Debtor,
_____/

## ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

A Notice of Proposed Modifications to Debtor(s) Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

**NOW THEREFORE**;

**IT IS ORDERED THAT** the Debtor's 2011 tax refunds in the amount of $4,301.00 are excused;

**IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated April 4, 2012, as last amended, shall remain in full force and effect.

IT IS FURTHER ORDERED THAT the effect on each shall be as follows:
CLASS 1:NONE
CLASS 2:NONE
CLASS 3:NONE
CLASS 4:NONE
CLASS 5:NONE
CLASS 6: NONE
CLASS 7: NONE
CLASS 8: NONE
                                            .

**Signed on June 25, 2012**

                                                                          /s/ Thomas J. Tucker
                                                                          Thomas J. Tucker
                                                                          United States Bankruptcy Judge