UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                          Chapter: 13
                                                Case No.: 12-40537
     Kenneth Brush**,**                         Judge: Thomas Tucker
     Debtor,
_____/

## NOTICE OF FIRST POST CONFIRMATION PLAN MODIFICATION

Debtors, through counsel, Christopher E. Frank, pursuant to F.R. Bankr. P. 3015(g), summarizes the proposed modification as follows:

1.     Debtor filed Chapter 13 bankruptcy on January 10, 2012.

2.     Debtor's Chapter 13 plan was confirmed on April 4, 2012.

3.     Debtor recently received a loan modification for his Mortgage. The new escrowed payment is $929.73 per month which has been filed with the Court by the Mortgage creditor.

4.     The Debtor seeks to reduce the plan payment to $1,601.79 per month based on the new mortgage amount, the necessity of his budget (Amended Schedules I & J were filed concurrently with this Modification), and the requirements of the confirmed plan terms in light of claims filed.

5.     Based on a continuous accrual of the debtor's lack of summer wages and household expenses above his budget, the Debtor seeks to excuse the delinquency to the plan of $18,184.00 to complete the plan as confirmed.

6.     The excusal of these payments will not effect the class 8 unsecured dividend as confirmed.

7.     In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

Wherefore, debtor requests that this court allow:
1.     The Debtor's plan payments be reduced to $1,601.79 per month effective with the May 2015 payment.
2.     The delinquency in Plan payments of $18,184.00 be excused.

Dated: April 16, 2015

                              /s/ Christopher E. Frank
                              Christopher E. Frank (P67169)
                              Attorneys for Debtor
                              6 Parklane Blvd, Ste 665
                              Dearborn, MI 48126
                              (248) 677-7445
                              cfrank@theleducgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                        Chapter: 13
                                              Case No.: 12-40537
     Kenneth Brush**,**                    Judge: Thomas Tucker
     Debtor,
_____/

## NOTICE OF PLAN MODIFICATION

    Debtors, through counsel, Christopher E. Frank, pursuant to LBR 3015-2, and
F.R.Bankr.P.3015 (g) states:

    Debtor has filed a proposed plan modification with the court requesting that:
1. The Debtor's plan payments be reduced to $1,601.79 per month effective with the May 2015 payment.
2. The delinquency in Plan payments of $18,184.00 be excused

    **<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you don't have an attorney, you may wish to consult one.)

    If you do not want the court to modify plan as proposed, or if you want the court to consider your views on the request. Within 20 days, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:
   United States Bankruptcy Court
   211 West Fort Street, Suite 2100
   Detroit, MI 48226

       If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

       You must also mail a copy to:

       Christopher E. Frank, 6 Parklane Blvd, Ste 665, Dearborn, MI 48126;

       Trustee: Tammy Terry, 535 Griswold Ave, Ste 2100 Detroit, MI 48226

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the request shall become effective.**

A response or answer must comply with F.R.Civ. P.8 (b), (c), and (e).

Dated: April 16, 2015

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorneys for Debtor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
 (248) 677-7445

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                           Chapter: 13
                                                 Case No.: 12-40537
          Kenneth Brush**,**                     Judge: Thomas Tucker
          Debtor,
_____/

### PROOF OF SERVICE

On the **April 16, 2015** a copy of the Notice of Plan Modification, Summary of Proposed Modification, Order, Proposed Worksheet, Proposed Liquidation Analysis, and this Proof of Service were served via ECF filing:

Tammy Terry, Chapter 13 Trustee

VIA First Class U.S. Mail:

All Creditors and Debtor on the Attached Court Matrix;

/s/ Christopher E. Frank
     Christopher E. Frank (P67169)
     Attorneys for Debtor
     6 Parklane Blvd, Ste 665
     Dearborn, MI 48126
     (248) 677-7445

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                          Chapter: 13
                                                Case No.: 12-40537
     Kenneth Brush**,**                        Judge: Thomas Tucker
     Debtor,
_____/

## ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

     A Notice of Proposed Modifications to Debtor(s) Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

     **NOW THEREFORE**;

**IT IS ORDERED THAT** The Debtor's plan payments be reduced to $1,601.79 per month effective with the May 2015 payment.

**IT IS FURTHER ORDERED THAT** the Debtors Plan be extended to a total length of 45 months.

**IT IS FURTHER ORDERED THAT** The delinquency in Plan payments of $18,184.00 be excused

**IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated April 4, 2012, as last amended, shall remain in full force and effect.

     IT IS FURTHER ORDERED THAT the effect on each shall be as follows:
CLASS 1:NONE
CLASS 2:NONE
CLASS 3:NONE
CLASS 4:NONE
CLASS 5:NONE
CLASS 6: NONE
CLASS 7: NONE
CLASS 8: NONE