UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:                                                          Case No: 12-40537
                                                                Judge Thomas Tucker
                                                                Chapter 13

Kenneth Brush,
        Debtors.
_____/
Christopher E. Frank (P67169)
Attorney for Debtor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(248) 677-7445                      /

**<u>CERTIFICATION OF NO RESPONSE</u>**

      Christopher E. Frank, being duly sworn, deposes and says that I am the attorney for the above named debtor; Notices were mailed out to the creditor(s) and the trustee on April 16, 2015, regarding a Plan Modification, and I have not received any objections.

Dated: June 15, 2015

                                        By:/<u>s/ Christopher E. Frank</u>
                                          Christopher E. Frank (P67169)
                                          Attorneys for Debtor
                                          cfrank@bankruptcymanagementgroup.com
                                          6 Parklane Blvd, Ste 665
                                          Dearborn, MI 48126
                                          (248) 677-7445