UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Chapter: 13
Case No.: 12-40537
Kenneth Brush, Judge: Thomas Tucker
Debtor,
_______________________________/

**NOTICE OF FIRST POST CONFIRMATION PLAN MODIFICATION**

Debtors, through counsel, Christopher E. Frank, pursuant to F.R. Bankr. P. 3015(g), summarizes the proposed modification as follows:

1. Debtor filed Chapter 13 bankruptcy on January 10, 2012.

2. Debtor's Chapter 13 plan was confirmed on April 4, 2012.

3. Debtor is an employee of the Detroit Public Schools and through 2013 he was not paid in the summer months. Due to his lack of the debtor's summer wages as a school employee and household expenses above his budget he used his tax refunds to pay his household bills.

4. The Debtor seeks to excuse the 2012 and 2013 tax refunds he received for $2,822.00 and $1,711.00 respectively as he used those refunds to live on in the summer months to complete the plan as confirmed.

5. The excusal of these payments will not effect the class 9 unsecured dividend as confirmed.

6. In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

Wherefore, debtor requests that this court allow:

1. Debtor seeks to excuse 2012 and 2013 tax refunds in the amount of $2822.00 and $1711.00.

Dated: March 27, 2017

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorneys for Debtor
PO Box 2191
Royal Oak, MI 48068
248-268-2224
cfrank@theleducgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Kenneth Brush,
Debtor,
_______________________________/

Chapter: 13
Case No.: 12-40537
Judge: Thomas Tucker

**NOTICE OF PLAN MODIFICATION**

Debtors, through counsel, Christopher E. Frank, pursuant to LBR 3015-2, and F.R.Bankr.P.3015 (g) states:

Debtor has filed a proposed plan modification with the court requesting that:

1. Debtor seeks to excuse 2012 and 2013 tax refunds in the amount of $2822.00 and $1711.00.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you don't have an attorney, you may wish to consult one.)

If you do not want the court to modify plan as proposed, or if you want the court to consider your views on the request. Within 20 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

   United States Bankruptcy Court
   211 West Fort Street, Suite 2100
   Detroit, MI 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

   You must also mail a copy to:

   Christopher E. Frank, PO Box 2191 Royal Oak, MI 48068;

   Trustee: Tammy Terry, 535 Griswold Ave, Ste 2100 Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the request shall become effective.**

A response or answer must comply with F.R.Civ. P.8 (b), (c), and (e).

Dated: March 27, 2017

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorneys for Debtor
PO Box 2191
Royal Oak, MI 48068
248-268-2224
cfrank@theleducgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Kenneth Brush,
Debtor,
_______________________________/

Chapter: 13
Case No.: 12-40537
Judge: Thomas Tucker

## PROOF OF SERVICE

On the **March 27, 2017** a copy of the Notice of Plan Modification, Summary of Proposed Modification, Order, Proposed Worksheet, Proposed Liquidation Analysis, and this Proof of Service were served via ECF filing:

Tammy Terry, Chapter 13 Trustee

VIA First Class U.S. Mail:

All Creditors and Debtor on the Attached Court Matrix;

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorneys for Debtor
PO Box 2191
Royal Oak, MI 48068
248-268-2224
cfrank@theleducgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Chapter: 13
Case No.: 12-40537
Kenneth Brush, Judge: Thomas Tucker
Debtor,
______________________________/

## ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

A Notice of Proposed Modifications to Debtor(s) Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

**NOW THEREFORE**;

**IT IS ORDERED THAT** The 2012 and 2013 tax refunds in the amount of $2,822.00 and $1,711.00 are excused.

**IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated April 4, 2012, as last amended, shall remain in full force and effect.

IT IS FURTHER ORDERED THAT the effect on each shall be as follows:
CLASS 1:NONE
CLASS 2:NONE
CLASS 3:NONE
CLASS 4:NONE
CLASS 5:NONE
CLASS 6: NONE
CLASS 7: NONE
CLASS 8: NONE